FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

2015 APR 30  P  1: 49

Alexandria Division

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.:  1:15MJ 247-MSN |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| RICHARD FOWLER, | ) | Court Date:  May 11, 2015 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I - Class A Misdemeanor - 2349194)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 16, 2015, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, RICHARD FOWLER, did unlawfully drive a motor vehicle while his license and privilege to drive was suspended or revoked.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-301, 1950, as amended)

Respectfully Submitted,

Dana J. Boente
United States Attorney

Sean K. Price
Special Assistant
United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed, postage prepaid, on this ⎯30th⎯ day of April 2015 to:

Richard Fowler
12319 Willow Woods Dr
Fredericksburg, VA 224407

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
    Sean K. Price
    Special Assistant
    United States Attorney
    2100 Jamieson Ave
    Alexandria, VA 22314
    Phone: (703) 299-3706
    Fax: (703) 299-3980
    Sean.Price2@usdoj.gov